UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 08-23080-CIV—MORENO**

YANET CAMPBELL,
   Plaintiff,

V.

EQUIFAX, ET AL.,

               Defendants/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

Comes now the attorney for the Plaintiff to say:

1. The Plaintiff and the Defendant(s), **CAPITOL ONE SERVICE, INC and FEDERATED DEPARTMENT STORE BANK d/b/a MACY'S**, only, have agreed on terms to settle this case.

2. The parties shall jointly be filing paperwork pursuant to agreement to terminate this case as to them only.

Dated December 29, 2008    Respectfully submitted,

               /s/Michael W. Gomez_____
               Samira Ghazal
               Michael Gomez
               Law Offices of Ghazal & Gomez, P.A.
               1930 Tyler Street
               Hollywood, FL  33020
               (954) 925-8080

               COUNSEL FOR PLAINTIFF

Certificate of Service
I hereby certify that all parties, pursuant to Local Rule, were served electronically through the ECF case management system.