UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-23080-CIV-MORENO/TORRES

YANET CAMPBELL, an individual,

    Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC.
ASSET ACCEPTANCE, LLC
d/b/a VICTORIA'S SECRET
CAPITAL ONE SERVICES, INC.
WORLD FINANCIAL NETWORK NATIONAL BANK
d/b/a EXPRESS
FORD MOTOR CREDIT COMPANY, LLC.
GLOBAL ACCEPTANCE CREDIT COMPANY, LP.
FEDERATED DEPARTMENT STORE BANK
d/b/a "MACY'S"
BANK OF AMERICA, NATIONAL ASSOCIATION, USA

    Defendants.
_____/

**JOINT MOTION AND STIPULATION FOR FINAL ORDER OF DISMISSAL**

    COME NOW the Plaintiff, Yanet Campbell, and Defendant, Ford Motor Credit Company LLC, pursuant to Fed. R. Civ. P. 41(a)(2), hereby move this Court for a Final Order of Dismissal with Prejudice upon the following grounds:

1. Plaintiff admits there is insufficient grounds to sustain a claim against Ford Credit because the Credit Reporting Agency never notified Ford Credit of Plaintiff's complaint as required by 15 USC § 1681.

2. Parties hereby stipulate and agree that this Court enter an Order of Dismissal with prejudice.

Case 1:08-cv-23080-FAM   Document 30   Entered on FLSD Docket 03/06/2009   Page 2 of 2

Campbell vs. Equifax
Case No.: 08-23080-CIV-Moreno/Torres

Page 2

4. Attached is a proposed Order of Dismissal with prejudice as agreed to by the parties.

DATED this 5 day of March, 2009.

Respectfully Submitted,

Ghazal & Gomez
1930 Tyler Street
Hollywood, Florida  33020

By: _____
Michael W. Gomez
Attorney for Plaintiff,
Yanet Campbell


George, Hartz & Lundeen
4800 LeJeune Road
Coral Gables, FL. 33146

By _____
Charles M. Hartz
Attorney for Defendant,
Ford Motor Credit Company LLC