UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-23080-CIV-MORENO

YANET CAMBELL,

    Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES LLC, et al.,

    Defendant.
_____/

**CLOSED CIVIL CASE**

## FINAL ORDER OF DISMISSAL

THIS CAUSE came before the Court upon Plaintiff's Notice of Settlement filed on October 21, 2009. It is

ADJUDGED that in light of the parties settling this action this case is **DISMISSED** in accordance with the settlement agreement. The Court shall retain jurisdiction to enforce the terms of the settlement agreement if it is filed in its entirety by **November 13, 2009**.

DONE AND ORDERED in Chambers at Miami, Florida, this 22nd day of October, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record